Argued July 25, affirmed July 25, 1973

STATE OF OREGON, *Respondent, v.* WILLIE CHARLES KIMMONS (No. C 71-04-1239 Cr), *Appellant.*

511 P2d 1280

*Kevin P. O'Connell,* Portland, argued the cause for appellant. With him on the brief were O'Connell, Goyak & Haugh, P.C., Portland.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.